AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| United States of America | ) |
|---|---|
| v. | ) |
| Juan Solano | ) Case No: 2:07-CR-088-JLL-01 |
|  | ) USM No: 28295-050 |
| Date of Previous Judgment: MAY 24, 2007 | ) Pasquale F. Gianetta |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:
~~DENIED.~~  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __5-24-07__ months is reduced to __70 MOS.__

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __32__   Amended Offense Level: __29__
Criminal History Category: __I__   Criminal History Category: __I__
Previous Guideline Range: __87__ to __108__ months   Amended Guideline Range: __70__ to __87__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __5-2-07__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __7-15-08__

_____
Judge's signature

Effective Date: __7-15-08__   JOSE L. LINARES  USDJ
(if different from order date)   Printed name and title